UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DONOVAN GILLIAM,                                    CIVIL NO. 07-1369 (DSD/JSM)

　　　　Petitioner,

v.                                                                            ORDER

U.S. PAROLE COMMISSION,

　　　　Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 14, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1.　　　　Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is **DENIED**;

2.　　　　Petitioner's Motion for Summary Judgment in Reply to Respondent's Response Pursuant to Rule 56(c) of the Fed. R. Civ. P. [Docket No. 8] is **DENIED**; and

3.　　　　This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 11, 2008

　　　　　　　　　　　　　　s/David S. Doty　　　　　　　
　　　　　　　　　　　　　　DAVID S. DOTY
　　　　　　　　　　　　　　United States District Court Judge